## IKE'S AUTO BODY, INC. *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 15971)

Lavery, Heiman and Hennessy, Js.

Submitted on briefs March 24—officially released April 29, 1997

Per Curiam. The judgment is affirmed.

## QUINCY CARPENTER *v.* COMMISSIONER OF CORRECTION
### (AC 16101)

Dupont, C. J., and Schaller and Kaplan, Js.

Argued March 20—officially released April 29, 1997

Per Curiam. The judgment is affirmed.

## MAXINE RICHARDSON NISCHAN *v.* CONNECTICUT NATURAL FOOD MART, INC.
### (AC 16072)

O'Connell, Lavery and Landau, Js.

Argued March 20—officially released April 29, 1997

Per Curiam. The judgment is affirmed.